# Court of Appeals
# of the State of Georgia

ATLANTA,___April 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1214.    GEOVING  JOSEPH  GERARD  v.  FEDERAL  NATIONAL MORTGAGE ASSOCIATION, et al.**

On September 16, 2013, the trial court entered an order granting summary judgment to defendants James Lavalle, Richard Bennett, and EpiCity, Inc.  On December 19, 2013, Geoving Gerard filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Gerard filed his notice of appeal 94 days after entry of the order he seeks to challenge.  This appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.

To the extent that Gerard contends that he did not receive the trial court's order until October 25, 2013, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  The re-entry of the order will begin anew the time for filing a notice of appeal in the trial court.  See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/01/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*